# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0309
_____

STACEY MCCALLISTER BENT,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
REVENUE and FOURTH JUDICIAL
CIRCUIT COURT, DUVAL COUNTY,

   Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


April 25, 2025


PER CURIAM.

   DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacey McCallister Bent, pro se, Petitioner.

James Uthmeier, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Respondents.